# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on Reverse before completing this form.

ENTER CHARGE NUMBER
FEPA
☐ EEOC **470-2006-01562**

## Indiana civil rights commission and EEOC
*(State or Local Agency, if any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Area Code) |
|---|---|
| Christopher Gerald Creed | (219) 393-1737 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 121 Vernon Ct., P.O. Box 441 | Kingsford Heights, IN 46346-0441 | LaPorte |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NO. (Area Code) |
|---|---|---|
| Family Express Corporation | +50 | (732) 524-0400 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 1951 Morthland Dr. | Valparaiso, IN 46385 |

EEOC Indianapolis District Office
MAR 10 2006
RECEIVED

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

RACE   COLOR   ✓ SEX   RELIGION   NATIONAL ORIGIN
AGE   RETALIATION   PREGNANCY   DISABILITY   OTHER *(Specify)*

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE *(Month, day, year)*
**December 14, 2005**

THE PARTICULARS ARE *(If additional space is needed, attached extra sheet(s)):*

I worked for Family Express Corporation at Store #51 in LaPorte, Indiana from February 2005 to December 14, 2005, as a Sales Associate. During my employment with Family Express, I met or exceeded my employer's legitimate performance expectations. On December 14, 2005, I met with management from the Corporate Office. During this meeting, the Director of Human Resources terminated me because I did not conform to male gender stereotypes. I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

I am represented in connection with this charge by Kimberly D. Jeselskis with MACEY SWANSON and ALLMAN, 445 North Pennsylvania, Suite 401, Indianapolis, IN 46204; phone: (317) 637-2345, kjeselskis@maceylaw.com

☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY: JACQUELINE MILNER, NOTARY PUBLIC STATE OF INDIANA, HENDRICKS COUNTY, MY COMMISSION EXP. AUG. 2010

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:
3/10/06


EXHIBIT 1

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Christopher G. Creed<br>121 Vernon Ct.<br>P.O. Box 441<br>Kingsford Heights, IN 46346 | From: Indianapolis District Office - 470<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |

**FILE COPY**

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2006-01562 | Alvin E. Hines, Enforcement Supervisor | (317) 226-5082 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Danny G. Harter,
Director

APR 2 8 2006
*(Date Mailed)*

Enclosure(s)

cc: Tami A. Earnhart
Attorney at Law
Suite 3100
One American Square
Indianapolis, IN 46282


EXHIBIT 2