A0 450

# United States District Court

## Northern District of Indiana

CHRISTOPHER CREED (termed 11/20/06)
AMBER CREED
also known as Christopher Creed
        Plaintiffs

                            JUDGMENT IN A CIVIL CASE

        v.

                            **Case No. 3:06cv465**

FAMILY EXPRESS CORPORATION
        Defendant

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant and

against the Plaintiff.

                                                Stephen R. Ludwig, Clerk

                                                     S/SD Fikes
                                                  By_____
                                                     Deputy Clerk

**Post Judgment Interest Rate**: N/A

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **January 5, 2009**.