**SEIDEL & SASSE COURT REPORTERS, INC.**
150 W. LINCOLNWAY, SUITE 1005
VALPARAISO, IN 46383
(219) 462-3436

FED. ID # 35-1967466

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/29/2008 | 23195 |

*Please include invoice number on check to assure proper credit.*

**BILL TO:**

MR. DALE SCHOWENGERDT
ALLIANCE DEFENSE FUND
15192 ROSEWOOD
LEAWOOD KS 66224-8502

2% PAST 30 DAYS

| DESCRIPTION | AMOUNT |
|---|---|
| CAPTION OF CASE: CREED vs. FAMILY EXPRESS CORP. | |
| DATE OF DEP: 4/23/2008 | |
| DEPOSITION OF: MICHAEL ALAN BERRIER | |
| | |
| 1cc Condensed - 81 Pages | |
| E-TRANSCRIPT - Sent April 29, 2008 | 186.30 |
| Exhibit Photocopying - Scanned With E-Trans & Attached to Hard Copy | 25.00 |
| CD | 30.50 |
| POSTAGE/DELIVERY CHARGES | 20.00 |
| | 5.30 |
| REPORTER: KRISTEN K. STOKES | |

EXHIBIT A

Due on receipt. 2% compounded per month. Recipient responsible for attorney/collection fees.

**TOTAL** $267.10