

*Emailed to*
*Holly/Brian 6/2/08*

Scheduling: 1.800.451.3376
Billing: 404.524.1700
Billing Fax: 404.524.1720
www.setdepo.com

DALE SCHOWENGERDT, ESQ.
ALLIANCE DEFENSE
15192 ROSEWOOD
LEAWOOD, KS 66224

# Invoice #42035

| Date | Terms |
|---|---|
| 05/22/2008 | NET 30 |

| Assignment | Case | Set Depo | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/22/2008 | CREED vs. FAMILY EXPRESS CORP. | 17629 | 05/16/2008 | F-S-O |

| Description |
|---|
| Original Transcript of AMBER CREED |

Amount Due: $ 3,016.54
Paid: $ 0.00

| Balance Due: | $ 3,016.54 |
|---|---|
| Payment Due: | 06/21/2008 |

**PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $1,200 FOR VIDEO SERVICES.**

**LOCATION OF DEPOSITION: FORT WAYNE, IN**

After 07/01/2008 Pay This Amount: $ 3,318.19

Tax ID No. 20-4254236

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to SetDepo, LLC

**Amount Authorized** _____

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card Number    Exp. Date    Day

Remit to: SetDepo, LLC  P.O. Box 934157  Atl(

**EXHIBIT B**